UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO TUFINO VERDUZCO,

                          Petitioner,

              v.                                                    26-CV-218 (RA)

LADEON FRANCIS, in his official capacity as                        ORDER
Acting Field Office Director of New York
Immigration and Customs Enforcement,
KRISTI NOEM in her official capacity as
Secretary of Homeland Security; PAM BONDI
in her official capacity as Attorney General,

                          Respondents.

RONNIE ABRAMS, United States District Judge:

        The Clerk of Court is hereby directed to enter final judgment in this matter.

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge