**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 LEONARDO TUFINO VERDUZCO,

                              Petitioner,

        -against-

LADEON FRANCIS, in his official capacity as
Acting Field Office Director of New York
Immigration and Customs Enforcement, KRISTI
NOEM in her official capacity as Secretary of
Homeland Security; PAM BONDI in her official
capacity as Attorney General.,

                           Respondents.
-----------------------------------------------------------------X

26 **CIVIL** 00218 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 14, 2026, and the Court's

Order dated April 7, 2026, the Petition is GRANTED.

**Dated:** New York, New York

       April 28, 2026

                                **TAMMI M. HELLWIG**

                                  **Clerk of Court**

**BY:**

                                **Deputy Clerk**